IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,      2:12-cr-00256-HDM-CWH

vs.      ORDER

CHRISTOPHER JARROD ESTES,

    Defendant.
_____/

The motion of the United States to dismiss the criminal information (#13) is granted.

It is so ordered.

Dated this 29th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE